The Law Offices of
ONAODOWAN & DELINCE

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com **telephone:** 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com **telephone:** 917.238.9332

August 25, 2026

REQUEST GRANTED.

8/26/2026 SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**VIA ECF**
Honorable Lewis J. Liman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:** **United States v. Storm Jones, et al., 25-cr-345 (LJL)**
Request to Excuse Francis Ofori from the 8/26/2026 Status Conference

Dear Judge Liman:

I represent defendant Francis Ofori in the above-mentioned matter. Mr. Ofori and the Government have reached a disposition in this case, and Mr. Ofori is scheduled to take his plea on the morning of September 14, 2026 at 10am before the Court. In light of Mr. Ofori's decision to plead guilty in this matter, in an abundance of caution, I am requesting that Mr. Ofori and counsel please be excused from the August 26, 2026 status conference.

I have conferred with the Government and the Government has no objection to this request.

Thank you for your Honor's consideration.

Respectfully,

Esere J. Onaodowan, Esq.